FOURTH DEPARTMENT, OCTOBER, 1978

(October 27, 1978)

In the Matter of NIAGARA FRONTIER SERVICES, INC., Respondent, v JAMES A. ROOF et al., Constituting the Town Board of the Town of West Seneca, Appellant.—Judgment unanimously affirmed, with costs (see *Matter of North Shore Steak House v Board of Appeals of Inc. Vil. of Thomaston,* 30 NY2d 238, 243-246; *Matter of Cove Pizza v Hirshon,* 61 AD2d 210, 214; *Matter of Highland Brooks Apts. v White,* 40 AD2d 178, 181; *Matter of Spohrer v Town of Oyster Bay,* 29 Misc 2d 366; *Matter of Bar Harbour Shopping Center v Andrews,* 23 Misc 2d 894; *Matter of Lawfred Realty Serv. Corp. v Waters,* 15 Misc 2d 113; *Matter of Blumenreich Props. v Waters,* 14

Misc 2d 947). (Appeal from judgment of Erie Supreme Court—art 78.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ.